IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**

No. 3:11-cr-00467-3,-4,-8-MO

v.                                                                                            ORDER

**DIEGO BERMUDEZ-ORTIZ,**
**JOSE GARCIA-ZAMBRANO,**
**and EDWIN MAGANA-SOLIS,**

        Defendants.

**MOSMAN, J.**,

        Defendants are ineligible for a reduction in sentence under Amendment 782 because they were originally sentenced below the advisory Guideline range. Therefore, Defendants' Amended Joint Motion to Reduce Sentence [383] is DENIED.

        DATED this __12th__ day of November, 2015.

        /s/ Michael W. Mosman
        MICHAEL W. MOSMAN
        United States District Judge

1 – ORDER